IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS; ET AL., <br><br> Plaintiffs, <br><br> vs. <br><br> DRAIN-N-ROOTER PLUMBING, INC., <br><br> Defendant. | CV 11-00565 SOM-RLP <br><br> FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DRAIN-N-ROOTER PLUMBING, INC. |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 22, 2012 and served on all parties on March 23, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Drain-N-Rooter Plumbing, Inc." are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 9, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Trustees of the PAMCAH-UA Local 675 Trust Funds, et al. v. Drain-N-Rooter Plumbing, Inc., Civil No. 11-00565 SOM-RLP
FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT DRAIN-N-ROOTER PLUMBING, INC.