IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE PAMCAH-UA LOCAL 675 TRUST FUNDS; ET AL., <br><br>  Plaintiffs, <br><br> vs. <br><br> DRAIN-N-ROOTER PLUMBING, INC., <br><br>  Defendant. | CV 11-00565 SOM-RLP |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Amended Findings and Recommendation having been filed on April 3, 2012 and served on all parties on April 4, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the " Amended Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against Defendant Drain-N-Rooter Plumbing, Inc." are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, April 23, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Trustees of the PAMCAH-UA LOCAL 675 Trust Funds, et al. v. Drain-N-Rooter Plumbing, Inc.; CV 11-00565 SOM-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION